AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LISA CORSON <br><br> *Plaintiff(s)* <br> v. <br> PRH G40 PROPERTY OWNER LLC d/b/a NOMAD RESIDENCES and RELATED GROUP INTERNATIONAL LLC. <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-24315-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRH G40 PROPERTY OWNER LLC d/b/a NOMAD RESIDENCES
c/o CORPORATE CREATIONS NETWORK INC.
801 US HWY 1
NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 19, 2025



Angela E. Noble
Clerk of Court

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LISA CORSON

*Plaintiff(s)*

v.

PRH G40 PROPERTY OWNER LLC d/b/a NOMAD RESIDENCES and RELATED GROUP INTERNATIONAL LLC.

*Defendant(s)*

Civil Action No. 1:25-cv-24315-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RELATED GROUP INTERNATIONAL LLC.
c/o CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 19, 2025

Angela E. Noble
Clerk of Court



SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts